* E-filed on 10/13/06 *

1  PATRICK J. FOLAN (STATE BAR #125340)
   STEVEN W. BRENNAN (STATE BAR #110256)
2  ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
   21515 Hawthorne Boulevard, Suite 1120
3  Torrance, California 90503-6504
   Telephone: (310) 792-1075
4  Facsimile: (310) 792-0635
   E-mail: swbrennan@swbf.net
5
   Attorneys for Plaintiff
6  Morgan Stanley DW Inc.

7

8                   UNITED STATES DISTRICT COURT

9              NORTHER DISTRICT OF CALIFORNIA - SAN JOSE

10

11 Morgan Stanley DW Inc.,                    )   CASE NO. C-06-04827 RMW
   a corporation,                             )
12                                            )
              Plaintiff,                      )   STIPULATION TO DISSOLVE
13                                            )   TEMPORARY RESTRAINING
       v.                                     )   ORDER; [PROPOSED] ORDER
14                                            )
   Jeffrey R. Collison, an individual, and    )
15 Deborah Juran, an individual,              )
                                              )
16            Defendants.                     )
                                              )
17

18

19      IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record,

20 that the Temporary Restraining Order currently in place in this matter shall be dissolved effective

21 September 29, 2006 and that the dispute between the parties shall be arbitrated before the NASD.

22 SO STIPULATED:

23

24 Dated: October 10, 2006          ST. JOHN, WALLACE, BRENNAN
                                     & FOLAN LLP
25

26                                   By:
                                        Steven W. Brennan (State Bar #110256)
27                                   Attorneys for Plaintiff
                                     Morgan Stanley DW Inc.
28 ///

                                         1
   STIPULATION TO DISSOLVE TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER

1   Dated: October 10, 2006                    COMMINS, TEMPLETON & WEBSTER, P.C.

2

3                                              By: _____
4                                                     Ken Webster (State Bar #179058)
                                               Attorneys for Defendants Jeffrey Collison and
5                                              Deborah Juran

6   PURSUANT TO STIPULATION,
    IT IS SO ORDERED.
7

8   Dated: _____10/13/06_____                  _Ronald M Whyte_____
                                               United States District Judge
9                                              Ronald M. Whyte

10

11

12  ...MS\Collison\Stipulation.Order.NEW-TRO.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      2
    STIPULATION TO DISSOLVE TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER