1  PATRICK J. FOLAN (STATE BAR #125340)
   STEVEN W. BRENNAN (STATE BAR #110256)
2  ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
   21515 Hawthorne Boulevard, Suite 1120
3  Torrance, California 90503-6504
   Telephone: (310) 792-1075
4  Facsimile:  (310) 792-0635
   E-mail: pjfolan@swbf.net
5
   Attorneys for Plaintiff
6  Morgan Stanley DW Inc.

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

10                                         *E-FILED - 3/22/07*

11 Morgan Stanley DW Inc.,          )   CASE NO. 06-CV-04827 RMW
   a corporation,                   )
12                                  )
              Plaintiff,            )
13                                  )   **STIPULATION FOR DISMISSAL**
       v.                           )   **WITH PREJUDICE**
14                                  )   **AND ORDER THEREON**
   Jeffrey R. Collison, an individual, and )
15 Deborah Juran, an individual,    )
                                    )
16            Defendants.           )
                                    )
17

18

19

20     Plaintiff Morgan Stanley DW Inc. and defendants Jeffrey R. Collison and Deborah

21 Juran, by and through their counsel of record, hereby stipulate and agree that, pursuant to

22 Federal Rule of Civil Procedure 41(a)(1), this entire action shall be dismissed with prejudice

23 //

24 //

25 //

26 //

27 //

28 //

                                        1
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1  and each party shall bear their own costs and attorney's fees.
2
3  DATED: March 2, 2007                    ST. JOHN, WALLACE, BRENNAN
4                                          & FOLAN LLP
5
6                                          By: _____
                                               Patrick J. Folan
7                                          Attorneys for Plaintiff,
                                           Morgan Stanley DW Inc.
8
9  DATED: March 2, 2007                    COMMINS & WEBSTER, P.C.
10
11                                         By: _____
                                               Kenneth C. Webster
12                                         Attorneys for Defendants,
                                           Jeffrey R. Collison and Deborah Juran
13
14
15                    IT IS SO ORDERED.
16
17  DATED: 3/22/07                         _Ronald M. Whyte_____
18                                         United States District Court Judge
19
20
21
22
23
24
25
26  ...MSDW\Collison\Dismissal Stip.wpd
27
28

2
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON